UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KERRON BROWN and JUSTIN MALLORY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SIRCHIE ACQUISITION COMPANY, LLC; CITY OF ATLANTA, GEORGIA; CITY OF DOUGLASVILLE, GEORGIA; MICHAEL WISKEMANN and ARTHUR FERNKORN,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-CV-175-SCJ |

**J U D G M E N T**

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of Defendants' Motions to Dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the plaintiffs take nothing; that the defendants recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 17th day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　By:　s/ Rebecca Spratt
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　February 21, 2017
James N. Hatten
Clerk of Court

By: s/ Rebecca Spratt
　　　　Deputy Clerk